CATHERINE M. CORFEE, SBN 155064
APARAJITO SEN, SBN 224248
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS BLVD., SUITE B-1
CARMICHAEL, CA 95608
TELEPHONE:   (916) 487-5441
FACSIMILE:    (916) 487-5440

Attorneys for D.A. Dabbagh and Jeanne M. Dabbagh, individually
and as Trustees of the Declaration of Trust, executed on August 8, 1985,
known as the D.A. Dabbagh and Jeanne M. Dabbagh 1985 Revocable Family Trust

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | CASE NO: . 04-CV-2503 LKK DAD |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | **Fed. R. Civ. P. 41(a)(1)** |
| DILAWAR SAHOTA, et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff Scott Johnson ("Plaintiff") and Defendants DILAWAR SAHOTA, individually and dba Smart Mart; D.A. Dabbagh and Jeanne M. Dabbagh individually and as trustees of the Declaration of Trust executed on August 8, 1995 known as the D.A. Dabbagh and Jeanne M. Dabbagh 1985 Revocable Family Trust (collectively "Defendants") have reached settlement of all claims brought by Plaintiff in the above entitled Action, and have executed a Mutual Release and Settlement Agreement. Pursuant to said Mutual Release and Settlement Agreement between Plaintiff and Defendants, the parties, by and through counsel of record, hereby stipulate to the dismissal **with prejudice** of this Action in entirety, and any and all claims alleged whatsoever in this Action.

Outside of the terms of the Mutual Release and Settlement Agreement, each party is to bear its own attorneys fees and costs.

/ / /

IT IS HEREBY STIPULATED by and between all parties to this Action that this Action, and all of Plaintiff's claims therein against all parties, be dismissed **with prejudice** pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: June 16, 2005

By: */s/ Scott Johnson*
Scott Johnson
Plaintiff

Dated: June 8, 2005

By: */s/ Dilawar Sahota*
DILAWAR SAHOTA, individually and dba Smart Mart

Dated: June 9, 2005

By: */s/ Aparajito Sen*
Catherine M. Corfee
Aparajito Sen
Attorneys for Defendants, D.A. Dabbagh and Jeanne M. Dabbagh, individually and as Trustees of the Declaration of Trust, executed on August 8, 1985, known as the D.A. Dabbagh and Jeanne M. Dabbagh 1985 Revocable Family Trust

**O R D E R**

IT IS HEREBY ORDERED that the above referenced matter is hereby dismissed with prejudice in entirety.

Dated: July 12, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28